1  MANATT, PHELPS & PHILLIPS, LLP
   Jill M. Pietrini (Bar No. CA 138335)
2      jpietrini@manatt.com
   Barry E. Mallen (Bar No. CA 120005)
3      bmallen@manatt.com
   Stuart H. Katz (Bar No. CA 226622)          E-FILED 01/14/10
4      skatz@manatt.com
   11355 West Olympic Boulevard
5  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
6  Facsimile: (310) 312-4224

7  *Attorneys for Plaintiff*
   SUMMIT ENTERTAINMENT, LLC
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
11

12  SUMMIT ENTERTAINMENT, LLC,          Case No. CV09-8161 PSG (MANx)
    a Delaware limited liability company,
13                                       [PROPOSED] ORDER GRANTING
                  Plaintiff,             LEAVE FOR PLAINTIFF SUMMIT
14                                       ENTERTAINMENT, LLC TO FILE
         v.                              FIRST AMENDED COMPLAINT
15
    BECKETT MEDIA, LLC., a Delaware
16  Corporation, and Does 1-10, inclusive,
17                Defendants.

18       IT IS HEREBY ORDERED THAT the Stipulation Re: Leave to File First
19  Amended Complaint is granted;
20       IT IS FURTHER ORDERED THAT plaintiff's first amended complaint is
21  deemed filed as of _____01/13/_____, 2010;
22       IT IS FURTHER ORDERED THAT Defendant shall have until 02/16/10
23  in which to file a response to Plaintiff's First Amended Complaint; and
24       IT IS FURTHER ORDERED THAT Defendant shall not be deemed to have
25  admitted the amended averments in Plaintiff's First Amended Complaint.
26
27  Dated: _____01/14/10_____          **PHILIP S. GUTIERREZ**
                                       _____
28                                     UNITED STATES DISTRICT JUDGE