UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#120/123**
**Feb. 28 hrg vacated**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8161 PSG (MANx) | Date | February 24, 2011 |
|---|---|---|---|
| Title | Summit Entertainment, LLC v. Beckett Media LLC, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:** **(In Chambers) Order DENYING Plaintiff's Motion for Summary Adjudication on Liability**

Before the Court is Plaintiff Summit Entertainment, LLC's ("Plaintiff" or "Summit") motion for summary adjudication on liability. The Court has considered the papers submitted in support of and in response to Summit's motion, and finds that triable issues of fact exist with respect to Summit's claims for trademark infringement/unfair competition/false designation of origin, dilution, copyright infringement, and breach of contract. Accordingly, Plaintiff's motion is DENIED.

The parties are further instructed to schedule a settlement conference with Judge Nagle. To this end, the Court hereby orders the parties to contact Judge Nagle's courtroom deputy by **noon** on **Friday, February 25, 2011** to set a date and time for the conference.

**IT IS SO ORDERED.**